UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMES COMPANY HEALTHCARE, LLC, a Wisconsin limited liability company, and HC TRI-CITY I, LLC, a Wisconsin limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT, a California public entity, et al.<br><br>                    Defendants, | Case No. 3:09-cv-2324-GPC-KSC<br><br>**ORDER DIRECTING ENTRY OF AMENDED JUDGMENT** |

All claims against all parties in this case have been finally resolved, as set forth in the following orders:

    1.    January 28, 2010 Amended Order: Granting in Part and Denying in Part Defendants' Motion to Dismiss, (ECF No. 14);

    2.    July 11, 2011 Order: Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, (ECF No. 85);

    3.    December 13, 2011 Order, (ECF No. 110);

    4.    December 21, 2012 Order: Dismissing Claims for Declaratory Relief, (ECF No. 147); and

5.   January 8, 2014 Findings of Fact and Conclusions of Law Following Bench Trial, (ECF No. 200).

Accordingly, the Court directs the Clerk of Court to amend the final judgment entered on January 8, 2014, to finally dispose of all claims and parties to this action as follows:

1.   Final judgment shall be entered in favor of defendant Tri-City Healthcare District ("District") and against plaintiff Hammes Company Healthcare, LLC ("Hammes") on Hammes' claim for breach of contract (Letter of Intent);

2.   Final judgment shall be entered in favor of defendant District and against plaintiffs Hammes and HC Tri-City I, LLC ("HC") on Hammes' and HC's claim for breach of contracts (Ground Lease and Space Lease);

3.   Final judgment shall be entered in favor of defendants District, Pamela Smith ("Smith"), and Larry Anderson ("Anderson"), and against plaintiffs Hammes and HC, on Hammes' and HC's claim for breach of the implied covenant of good faith and fair dealing;

4.   Final judgment shall be entered in favor of defendants Smith and Anderson, and against plaintiffs Hammes and HC, on Hammes' and HC's claim for fraud;

5.   Final judgment shall be entered in favor of defendants District, Anderson, and Smith, and against plaintiffs Hammes and HC, on Hammes' and HC's claim for interference with contract and/or economic advantage;

6.   Final judgment shall be entered in favor of defendants District, Anderson, and Smith, and against plaintiffs Hammes and HC, on Hammes' and HC's claim for promissory estoppel; and

/ / /

/ / /

/ / /

7.   Final judgment shall be entered in favor of defendants District, Anderson, and Smith, and against plaintiffs Hammes and HC, on Hammes' and HC's claim for declaratory relief.

**IT IS SO ORDERED.**

DATED:  January 10, 2014

HON. GONZALO P. CURIEL
United States District Judge

3:09-cv-2324-GPC-KSC